**NEON CITY SIGN & ELECTRIC CO., et al., Plaintiffs/Appellants,**

v.

**AUTOZONE, INC., et al., Defendants/Respondents.**

No. 74660.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 16, 1999.

Kristin F. Whittle, St. Louis, for plaintiffs/appellants.

Stephen H. Schwartz, Jeffrey L. Rousseau, Brown & James, P.C., St. Louis, for defendants/respondents.

Before: JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Plaintiffs appeal the trial court's judgment dismissing with prejudice his second amended petition. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that no error of law appears. As an extended opinion would have no precedential value, we

affirm the judgment pursuant to Rule 84.16(b).

The judgment of the trial court is affirmed. Rule 84.16.